UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MICHAEL R. STALEY,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.<br><br>　　　　　Defendants. | Case No.: 2:25-cv-11526-MAG-APP<br><br>Honorable Mark A. Goldsmith<br><br>Magistrate Judge Anthony P. Patti<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |

Pursuant to Federal Rules of Civil Procedure 41, Plaintiff Michael Staley ("Plaintiff") and Defendant Experian Information Solutions, Inc., ("Experian"), by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice as to Defendant Experian.

1

RESPECTFULLY SUBMITTED on January 12, 2026

| | |
|---|---|
| */s/ Landon T. Maxwell* | */s/ Eric A. Nicholson* |
| Landon T. Maxwell, AZ #038439 | Eric A. Nicholson (P83825) |
| **CONSUMER JUSTICE LAW FIRM PLC** | eanicholson@jonesday.com |
| 8095 N. 85th Way | **JONES DAY** |
| Scottsdale, AZ 85258 | 150 West Jefferson |
| T: (480) 626-1975 | Suite 2100 |
| F: (480) 613-7733 | Detroit, MI 48226.4438 |
| E: lmaxwell@consumerjustice.com | Telephone: +1.313.733.3939 |
| | Facsimile: +1.313.230.7997 |
| *Counsel for Plaintiff* | *Counsel for Defendant* |
| *Michael R. Staley* | *Experian Information Solutions, Inc* |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 10, 2026, I electronically filed the foregoing with the clerk of the Court using the ECF system, which will end notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

*/s/ Amanda Dakroub*