# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL R. STALEY, | Case No.: 2:25-cv-11526-MAG-APP |
| Plaintiff, | Honorable Mark A. Goldsmith |
| v. | Magistrate Judge Anthony P. Patti |
| EXPERIAN INFORMATION SOLUTIONS, INC. | **ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |
| Defendants. | |

Upon review of the Parties' Stipulation of Dismissal with Prejudice as to Defendant Experian Information Solutions, Inc. and good cause appearing,

**IT IS ORDERED** that the Stipulation is **GRANTED**. The above-entitled matter is hereby dismissed with prejudice as to Defendant Experian Information Solutions, Inc.

**IT IS SO ORDERED**.

Dated: January 20, 2026  
Detroit, Michigan

s/Mark A. Goldsmith  
MARK A. GOLDSMITH  
United States District Judge

1